**Fill in this information to identify the case:**

Debtor 1    Mary Jane Chadwick

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of MO

Case number   16-43087-399

Official Form 410S1

# Notice of Mortgage Payment Change                                  12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount.  File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Federal National Mortgage Association ("Fannie Mae")

**Court claim no.** (if known): NA

**Last 4 digits** of any number you use to identify the debtor's account: 2 8 5 7

**Date of payment change:**
Must be at least 21 days after date of this notice: 05/01/2017

**New total payment:**
Principal, interest, and escrow, if any: $ $730.69

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   - ☐ No
   - ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   **Current escrow payment:** $ $333.42    **New escrow payment:** $ $235.73

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   - ☑ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   **Current interest rate:** _____%    **New interest rate:** _____%

   **Current principal and interest payment:** $ $494.96    **New principal and interest payment:** $ $494.96

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   - ☑ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
     (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   **Current mortgage payment:** $ _____    **New mortgage payment:** $ _____

Official Form 410S1                **Notice of Mortgage Payment Change**                   page 1

MS 93942

| Debtor 1 | Mary Jane Chadwick | | Case number (*if known*) 16-43087-399 |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /S/ William T. Holmes, II
Signature

Date 03/31/2017

Print: William T. Holmes, II, #59759, #59759MO
First Name    Middle Name    Last Name

Title: Attorney for Creditor

Company: Millsap & Singer, LLC

Address: 612 Spirit Drive
Number    Street

St. Louis, MO  63005
City    State    ZIP Code

Contact phone (636) 537-0110

Email bkty@msfirm.com

**seterus**™

PO Box 1077
Hartford, CT 06143-1077

Business Hours (Pacific Time)
Monday-Thursday 5 a.m. to 8 p.m.
Friday 5 a.m. to 6 p.m.
**Phone** 866.570.5277

MARY JANE CHADWICK
C/O CORRINE ELAINE EDWARDS
2407 MUEGGE RD
SAINT CHARLES MO  63303-3149

### ESCROW ACCOUNT STATEMENT

| | |
|---|---|
| Analysis Date: | 03/27/17 |
| Loan Number: | |

| Current Payment | | New Payment Effective 05/01/17 | |
|---|---|---|---|
| Principal and Interest | $494.96 | Principal and Interest* | $494.96 |
| Escrow | $333.42 | Escrow | $235.73 |
| Total Current Payment | $828.38 | Total NEW Payment* | $730.69 |

*The principal and interest payments reflect the contractual amount due under the note, which can be modified with a mutually agreed upon payment plan. In addition, the new principal and interest payment and the total new payment may not reflect any changes due to interest rate adjustments.  You will receive a separate notice for interest rate adjustments.

## NEW MORTGAGE PAYMENT NOTICE AND ESCROW ACCOUNT DISCLOSURE STATEMENT

Seterus, Inc. is the servicer of the above referenced loan.  In accordance with federal guidelines, your escrow account is reviewed at least once a year to determine if sufficient funds are available to pay your taxes and/or insurance.  Your escrow payment will be a minimum of the total anticipated disbursements divided by the number of scheduled installments due in the next 12 months.  This payment will increase if you have a post-petition shortage and/or deficiency.  This statement provides a history of actual escrow account activity and a projection of the escrow account activity for the next 12 months.

Our records indicate a petition for Bankruptcy was filed on April 27, 2016. Pursuant to that petition, we have filed a proof of claim with the Bankruptcy court.  Any shortage and/or deficiency listed under the Proof of Claim section will be excluded from your future scheduled escrow payment as these amounts will be added to your pre-petition arrearage and collected in your bankruptcy plan payment.

### ANTICIPATED DISBURSEMENTS
May    2017   to April    2018

| | |
|---|---|
| COUNTY | $1,890.76 |
| HAZARD INS | $938.00 |
| **Total Disbursements** | **$2,828.76** |

Bankruptcy File Date     April 27, 2016

Pre-Petition Escrow Shortage/Deficiency as of Analysis Date     $0.00

*Post Petition Beg Bal = The post-petition portion of the escrow starting balance

**Beginning balance = Starting balance less any unpaid escrow disbursements

### ESCROW ACCOUNT PROJECTIONS FOR THE NEXT 12 MONTH ESCROW CYCLE
Anticipated Activity

| Date | Payments to Escrow | Payments from Escrow | Description | Projected Balance |
|---|---|---|---|---|
| Beginning Balance** | | | | $1,505.88 |
| Post Petition Beg Bal* | | | | $1,505.88 |
| Surplus Refund | | | | $327.23 |
| 05/01/2017 | 235.73 | 0.00 | | 1,414.38 |
| 06/01/2017 | 235.73 | 0.00 | | 1,650.11 |
| 07/01/2017 | 235.73 | 0.00 | | 1,885.84 |
| 08/01/2017 | 235.73 | 0.00 | | 2,121.57 |
| 09/01/2017 | 235.73 | 0.00 | | 2,357.30 |
| 10/01/2017 | 235.73 | 0.00 | | 2,593.03 |
| 11/01/2017 | 235.73 | 0.00 | | 2,828.76 |
| 12/01/2017 | 235.73 | 1,890.76- | COUNTY | 1,173.73 |
| 01/01/2018 | 235.73 | 938.00- | HAZARD INS | 471.46 |
| 02/01/2018 | 235.73 | 0.00 | | 707.19 |
| 03/01/2018 | 235.73 | 0.00 | | 942.92 |
| 04/01/2018 | 235.73 | 0.00 | | 1,178.65 |
| **Total** | **$2,828.76** | **$2,828.76-** | | |

The projected beginning balance of your escrow account is $1,505.88.  Your required beginning balance according to this analysis should be $1,178.65.  This means you have a surplus of $327.23.  Since your loan is 30 days or more delinquent, the surplus amount will remain in your escrow account. If you reinstate or bring your loan current, we will conduct a new escrow analysis within 90 days. If your loan is current and there is a surplus at that time, we will send you a refund for that amount.

The Real Estate Settlement Procedures Act (RESPA) allows us to collect and maintain up to 1/6 of your total disbursements in your escrow account at all times, unless prohibited by state law.  This cushion covers any potential increases in your tax and/or insurance disbursements. Cushion selected by servicer: $471.46.

***Continued on Reverse***
INTERNET REPRINT

**ESCROW ACCOUNT HISTORY**

This is a statement of actual activity in your escrow account from May 2016 to April 2017. This history compares the projections from your last escrow analysis or initial disclosure and the actual activity in your account. If a prior escrow analysis was not conducted during this historical period, the projected escrow balance will be zero.

| ACTUAL ESCROW ACCOUNT HISTORY | | | | | | | |
|---|---|---|---|---|---|---|---|
| | **Payments to Escrow** | | **Payments from Escrow** | | **Description** | **Escrow Balance** | |
| | Projected | Actual | Projected | Actual | | Projected | Actual |
| Beginning Balance | | | | | | $968.46 | $0.00 |
| Date | | | | | | | |
| 05/01/16 | 322.84 | 333.60 * | 0.00 | 0.00 | | 1,291.30 | 333.60 |
| 06/01/16 | 322.84 | 0.00 * | 0.00 | 0.00 | | 1,614.14 | 333.60 |
| 07/01/16 | 322.84 | 333.42 * | 0.00 | 0.00 | | 1,936.98 | 667.02 |
| 08/01/16 | 322.84 | 0.00 * | 0.00 | 0.00 | | 2,259.82 | 667.02 |
| 09/01/16 | 322.84 | 333.42 * | 0.00 | 0.00 | | 2,582.66 | 1,000.44 |
| 10/01/16 | 322.84 | 666.84 * | 0.00 | 0.00 | | 2,905.50 | 1,667.28 |
| 11/01/16 | 322.84 | 0.00 * | 0.00 | 1,890.76- * | COUNTY | 3,228.34 | 223.48- |
| 12/01/16 | 322.84 | 333.42 * | 1,771.02- | 0.00 * | COUNTY | 1,780.16 | 109.94 |
| 01/01/17 | 322.84 | 333.42 * | 0.00 | 0.00 | | 2,103.00 | 443.36 |
| 02/01/17 | 322.84 | 333.42 * | 0.00 | 938.00- * | HAZARD INS | 2,425.84 | 161.22- |
| 03/01/17 | 322.84 | 1,333.68 * | 2,103.00- | 0.00 * | HAZARD INS | 645.68 | 1,172.46 |
| 04/01/17 | 322.84 | 0.00 * | 0.00 | 0.00 | | 968.52 | 1,172.46 |
| **Total** | **$3,874.08** | **$4,001.22** | **$3,874.02-** | **$2,828.76-** | | | |

\* indicates a difference from a previous estimate either in the date or the amount.
\*\* indicates escrow payment made during a period where the loan was paid ahead.

**NOTE** – This analysis was prepared in advance of the escrow payment change date. Therefore, the projected beginning balance for the next 12 months estimates that you have paid all the required scheduled installments as shown in your actual account history and that all scheduled disbursements have been made from your escrow account.

THIS COMMUNICATION IS FROM A DEBT COLLECTOR AS WE SOMETIMES ACT AS A DEBT COLLECTOR. WE ARE ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. HOWEVER, IF YOU ARE IN BANKRUPTCY OR RECEIVED A BANKRUPTCY DISCHARGE OF THIS DEBT, THIS LETTER IS NOT AN ATTEMPT TO COLLECT THE DEBT. THIS NOTICE IS BEING FURNISHED FOR YOUR INFORMATION AND TO COMPLY WITH APPLICABLE LAWS AND REGULATIONS.IF YOU RECEIVE OR HAVE RECEIVED A DISCHARGE OF THIS DEBT THAT IS NOT REAFFIRMED IN A BANKRUPTCY PROCEEDING, YOU WILL NOT BE PERSONALLY RESPONSIBLE FOR THE DEBT. **COLORADO:** SEE WWW.COLORADOATTORNEYGENERAL.GOV/CA FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT. Seterus, Inc. maintains a local office at 355 Union Boulevard, Suite 250, Lakewood, CO 80228. The office's phone number is 888.738.5576. **NEW YORK CITY:** 1411669, 1411665, 1411662. **TENNESSEE:** This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance. Seterus, Inc. is licensed to do business at 14523 SW Millikan Way, Beaverton, OR 97005.

INTERNET REPRINT

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In The Matter Of: ) | |
| ) | Case Number 16-43087-399 |
| Mary Jane Chadwick ) | |
| ) | |
| Debtor, ) | Chapter 13 |
| ) | |
| Federal National Mortgage Association ) | |
| ("Fannie Mae") ) | |
| ) | |
| Creditor, ) | |
| ) | |
| ) | |

## CERTIFICATE OF SERVICE

    I certify that a true and correct copy of the foregoing document was filed electronically on March 31, 2017, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court pursuant to CM/ECF as set out on the Notice of Electronic filing as issued by the Court or in the alternative has been served by depositing a true and correct copy of same enclosed in a postage prepaid, properly addressed envelope, in a post office official depository under the exclusive care and custody of the United States Postal Service within the state of Missouri on those parties directed by the Court on the Notice of Electronic Filing issued by the Court as required by the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court.

                                                                              */s/ William T. Holmes, II*

**Electronic Mail Notice List**

The following is the list of attorneys who are currently on the list to receive e-mail notices for this case.

      Corrine Elaine Edwards

      Diana S. Daugherty

      Office of the United States Trustee

**Manual Notice List**

The following is a list of parties who are not on the list to receive e-mail notices for this case (who therefore require manual noticing).

    Mary Jane Chadwick
    37 Glenwood Ln.
    Saint Peters, MO 63376

MS 93942.356286 BK